203 P.3d 674

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Weidenbach v. Koolau Agr. Co., Ltd. | 24315 | 03/03/2009 | Affirmed |
| State v. Werle | 28653 | 03/11/2009 | Affirmed |
| State v. Estabillio | 28950 | 03/13/2009 | Affirmed |
| State v. Kane | 28678 | 03/25/2009 | Affirmed |
| Anama v. State, Dept. of Health | 27656 | 03/31/2009 | Vacated & remanded |
| State v. Alston | 28410 | 03/31/2009 | Affirmed |